

# Texas Department of Criminal Justice

—————————————————————————— **Brad Livingston**
                                        Executive Director

March 13, 2015

The Honorable Donna Kay McKinney
Bexar County District Clerk
100 Dolorosa #104
San Antonio, Texas 78205

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

RE:  **MANUEL VASQUEZ TDCJ #999336**

Dear District Clerk: .

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional
Institutions Division, of the Death Warrant pertaining to **MANUEL VASQUEZ** issued in 144th
District Court of Bexar County, Texas on September 18, 2014 which was carried out on March
11, 2015.  Also enclosed is the Certificate with the director's statement of compliance with the
command of the warrant.  The certificate also indicates the disposition of the remains as required
by Article 42.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL


c:   The Honorable Greg Abbott, Governor
     The Honorable Ken Paxton, Attorney General
     Louise Pearson, Clerk, Court of Criminal Appeals
     Kelly Enloe, Chairman, Classification & Records, TDCJ


cf
**Attach**

---

*Our mission is to provide public safety, promote positive change in offender
behavior, reintegrate offenders into society, and assist victims of crime.*
**Office of the General Counsel**
Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov
P.O. Box 13084 Capitol Station                                   P.O. Box 4004
Austin, Texas 78711-3084                              Huntsville, Texas 77342-4004
Phone (512) 463-9899, FAX (512) 936-2159      Phone (936) 437-6698, FAX (936) 437-6994

# ORDER SETTING EXECUTION DATE

THE STATE OF TEXAS        NO. <u>1998CR3116C</u>        IN THE 144th DISTRICT COURT

VS.        OF

<u>Manuel Vasquez</u>        BEXAR COUNTY, TEXAS

<u>OFFENSE</u>:   CAPITAL MURDER-OTHER FELONY

      The court, having received the Mandate of the Texas Court of Criminal Appeals, on the <u>10TH</u> day of <u>March</u> A.D., <u>2002</u> affirming the Judgment thereupon set the date of the execution as follows:

      It is the Order of the court that the defendant <u>MANUEL VASQUEZ</u>, who has been previously sentenced to death, shall on the <u>11TH</u> day of <u>March</u> A.D., <u>2015</u>, at any time after the hour of 6 P.M., at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, be caused to die by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until such convict is dead; and that the clerk of this court issue a Death Warrant in accordance with this Order directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, and deliver said warrant to the Sheriff of this court of Bexar County, Texas to be by him delivered to said Director.

      SIGNED and ENTERED of record this <u>18th</u> day of <u>September</u> A.D., <u>2014</u>.


JUDGE LORINA RUMMEL
144TH DISTRICT COURT
BEXAR COUNTY, TEXAS

# WARRANT OF EXECUTION

THE STATE OF TEXAS      NO.   1998CR3116C   IN THE 144TH DISTRICT COURT

VS.                                          OF

Manuel Vasquez                               BEXAR COUNTY, TEXAS

THE STATE OF TEXAS TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, AT HUNTSVILLE, WALKER COUNTY, TEXAS, GREETING:

OFFENSE CONVICTED OF: CAPITAL MURDER-OTHER FELONY        DATE OF CONVICTION:     November 10, 1999

DEGREE OF OFFENSE:   CAPITAL FELONY            DATE OFFENSE COMMITTED: March 19, 1998
SENTENCE OF DEATH (INSTITUTIONAL DIVISION):   DEATH TDCJ-ID
DATE SENTENCE IMPOSED: November 10, 1999
MANDATE RECEIVED DATE: March 12, 2002

     The following fully appears in the Judgment and Sentence of the above styled and numbered cause and entered upon the minutes of said Court:

     It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that the defendant is guilty of the offense stated above, as found by the verdict of the jury, and, the punishment is fixed in accordance with the Jury's verdict and as required by the Statutes of the State of Texas at DEATH.

     It is ORDERED by the Court that the Defendant, who has been adjudged guilty of the offense stated above, be and is hereby sentenced to DEATH.

     On April 28, 2014 this cause again being called and the Court after having received the Mandate of the Texas Court of Criminal Appeals affirming the Judgment thereupon set the time for the execution of Manuel Vasquez, on March 11, 2015, at any time after the hour of 6:00 P.M., as fully appears in the Order Setting Date of Execution of said Court attached hereto:

     It is, therefore, the ORDER of the Court that the defendant Manuel Vasquez who has been adjudged guilty of the offense of CAPITAL MURDER, and whose punishment has been fixed at DEATH as required by the Statutes of the State of Texas, shall, at any time after the hour of 6:00 P.M., on March 11, 2015, at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, be caused to die by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until the said Manuel Vasquez, is dead, such execution procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

     These are, therefore, to command you to execute the aforesaid Judgment and Sentence at any time after the hour of 6:00 P.M. on March 11, 2015, at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until such convict is dead, utilizing such procedure to be determined and supervised by you, the Director of the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas.

     Herein fail not, and due return make hereof in accordance with law.

     Witness my signature and seal of office on this 18ᴴ day of Septembr 2014.

                                     Donna Kay McKinney
                                     BEXAR COUNTY DISTRICT CLERK

# CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. MANUEL VASQUEZ* issued 144th District Court of Bexar County, Texas on September 18, 2014, and was executed according to the laws of the State of Texas on March 11, 2015. The death of **MANUEL VASQUEZ** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice–Correctional Institutions Division at 6:32 p.m. March 11, 2015. The body of the deceased was given into the custody of Carnes Funeral Home; agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

_____

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 11th day of March 2015.



**CONNIE E. WEICH**
Notary Public. State of Texas
My Commission. Expires
11-06-2017
**Notary Without Bond**

_____

NOTARY PUBLIC, Walker County, Texas

My commission expires: 11-06-2017

# RETURN OF THE DIRECTOR OF THE CORRECTIONAL INSTITUTIONS DIVISION

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 30th day of November 1999 and executed the 11th day of March 2015 by the death of **MANUEL VASQUEZ.**

DISPOSITION OF BODY:

Date: _____ March 11, 2015 _____

Time: _____ 6:32 pm _____

_William Stephens, Director_

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division